USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 29, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CARLOS GIRAUD,                                              :
                                                            :     13 Civ. 3418 (KPF)
                        Plaintiff,                          :
                                                            :
            v.                                              :     ORDER
                                                            :
CITY OF NEW YORK;                                           :
75TH PRECINCT (BROOKLYN, NY);                               :
POLICE OFFICER ANTHONY LAFEMINA                             :
TAX #949190; JOHN DOE POLICE OFFICER #1;                    :
JOHN DOE CAPTAIN,                                           :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X

KATHERINE POLK FAILLA, United States District Judge:

      On March 27, 2014, the Court ordered Plaintiff, proceeding *pro se*, to appear for a hearing to show cause why this action should not be dismissed for failure to prosecute. Plaintiff has since contacted the Court by letter advising that he is currently being held in the Metropolitan Detention Center and has been unable to communicate for some time due to transfers between different custodial entities and facilities.

Accordingly, the hearing set for May 6, 2014, is hereby ADJOURNED. The Clerk of Court is respectfully directed to update Plaintiff's mailing address to:

> Carlos Giraud
> 141-1205741
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

Plaintiff is reminded that he has an obligation to keep the Court informed of his current mailing address and whereabouts. Future lapses in communication may result in the dismissal of this case for failure to prosecute.

SO ORDERED:

Dated: April 29, 2014
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge